```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 4/23/2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
ANDRE LANE,                         :
                                    :
                     Plaintiff,     :    11 Civ. 1941 (DLC)
                                    :
        -v-                         :    MEMORANDUM OPINION
                                    :         & ORDER
N.Y.S. OFFICE OF MENTAL HEALTH;     :
N.Y.C. DEPARTMENT OF CORRECTIONS,   :
                                    :
                     Defendants.    :
                                    :
------------------------------------X

DENISE COTE, District Judge:

   Defendants' motions to dismiss were granted By Opinion and Order of January 11, 2012 (the "January Order"). On February 24, the plaintiff, proceeding pro se, filed a notice of appeal and motion for extension of time to file a notice of appeal of the January Order pursuant to Fed. R. App. P. 4(a)(5).

   Rule 4(a)(5) allows a district court to grant a motion for extension of time if the moving party "shows excusable neglect or good cause." Fed. R. App. P. 4(a)(5). Plaintiff is detained at the Central New York Psychiatric Center. Accordingly, it is hereby

ORDERED that the February 24 motion for extension of time is granted. The Clerk of Court shall accept plaintiff's February 24 notice of appeal.

SO ORDERED:

Dated:    New York, New York
          April 23, 2012

                                    _____
                                         DENISE COTE
                                    United States District Judge

COPIES MAILED TO:

Andre Lane
#86226
P.O. Box 300
River Road
Marcy, NY 13403


Joseph A. Marutollo
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, NY 10007


Jaime I. Roth
Assistant Attorney General
120 Broadway
New York, NY 10271